No. 03–427. WOODFORD, WARDEN v. ROHAN EX REL. GATES. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 03–440. CRIST, ATTORNEY GENERAL OF FLORIDA v. HART. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.